IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00137-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLE PRESTON CLASBY,

    Defendant.

---

# NOTICE OF DISPOSITION AND
# MOTION REQUESTING CHANGE OF PLEA HEARING

---

The defendant, Kyle Preston Clasby, by and through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, hereby notifies this Court that a disposition has been reached in his case with the government. The parties request that they be allowed to contact chambers to set a change of plea hearing.

    Respectfully Submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    /s/ Matthew K. Belcher
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    Fax: (303) 294-1192
    Email: Matthew_Belcher@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Kurt J. Bohn, Assistant U.S. Attorney
Email: kurt.bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Kyle Preston Clasby
via mail

/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender